JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KHALAF,<br><br>                    Plaintiff,<br><br>         v.<br><br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:22-cv-03619-FLA (Ex)<br><br>**ORDER GRANTING JUDGMENT PURSUANT TO FED. R. CIV. P. 68 [DKT. 20]** |

On September 19, 2022, Plaintiff Mark Khalaf ("Plaintiff") filed a Notice of Acceptance of Defendant Ford Motor Company's ("Defendant") Offer of Judgment Pursuant to Fed. R. Civ. P. 68. Dkt. 20. Pursuant to Plaintiff's acceptance of Defendant's Offer of Judgment, the court ENTERS Judgment in the action pursuant to the following terms:

1. Ford will pay to Mark Khalaf ("Plaintiff") the sum of $116,730.11 less any remaining loan balance on Plaintiff's 2021 Ford F-150, VIN 1FTFW1ED4MFB62811. Ford will pay this amount, to Plaintiff and Plaintiff's counsel of record, within 60 days from Plaintiff's acceptance of the Offer of Judgment on September 19, 2022. Ford will pay any loan

1

balance on the vehicle directly to the lienholder within seven (7) days after Plaintiff's surrender of the vehicle to Ford or its designee, as described in Paragraph 2.

2. Plaintiff will surrender the vehicle to Ford on a date, time, and place mutually agreeable no later than 60 calendar days after the date of Plaintiff's acceptance of the Offer of Judgment on September 19, 2022. Plaintiff will surrender the vehicle with clear title, free and clear of all liens and encumbrances, other than the lender of record, to Ford or its designee. Plaintiff will also execute whatever documents are necessary to effectuate the transfer of the vehicle to Ford.

3. Ford waives all claims it may have for costs and fees in this action.

4. Plaintiff will file a Stipulation of Dismissal, with prejudice, as to all claims and causes of action when the vehicle is surrendered and the check is tendered and cleared in the normal banking cycle. Plaintiff's Stipulation of Dismissal will not require approval by the court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

5. In light of Plaintiff's acceptance of the Offer of Judgment, the court VACATES all pending dates and deadlines in this action. Plaintiff's Motion to Remand, Dkt. 11, is DENIED as moot.

IT IS SO ORDERED.

Dated: September 26, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge